AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

RONNIE A. LYNN,                                JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,                             CASE NUMBER: 3:12-cv-215
Commissioner of Social Security

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

September 25, 2012                              Debra C. Poplin, Clerk
Date

                                                By   s/ A. Brush
                                                Deputy Clerk